UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYMONE DIOR BROWN,

    Petitioner,

v.

    CASE NO. 11-cv-11504
    HONORABLE GEORGE CARAM STEEH

MILLICENT WARREN,

    Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**. Judgment is entered in favor of respondent and against petitioner.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Josephine Chaffee
        DEPUTY COURT CLERK

Dated: January 9, 2012